O

JS - 6

cc: order, docket remand letter to
Los Angeles Superior Court,
Santa Monica, No. 10 U 03212

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>              Plaintiff,<br><br>     v.<br><br>PEJMAN ELYASI, PEYMAN ELYSAI, CARMEN BROWN,<br><br>              Defendants. | Case No. CV 11-04977 DDP (AJWx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>[Motion filed on 6/16/11] |

     Presently before the court is Plaintiff's Motion to Remand. Because Defendants have not filed an opposition, the court GRANTS the motion.

     Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

     The hearing on Plaintiff's motion was set for July 18, 2011. Defendants' opposition was therefore due by July 4, 2011.  As of

the date of this Order, Defendants have not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Defendants' failure to oppose as consent to granting the motion to remand, and GRANTS the motion.

IT IS SO ORDERED.

Dated: August 22, 2011

DEAN D. PREGERSON
United States District Judge